# Third District Court of Appeal

## State of Florida

Opinion filed May 5, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-1717
Lower Tribunal No. F18-24682

_____

**Lester A. Bohnenblust,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Law Offices of Terry P. Roberts, and Terry P. Roberts (Tallahassee); Law Offices of Mark V. Murray, and Mark V. Murray (Tallahassee); Rawsi Williams Law Group, and Rawsi Williams , for appellant.

Ashley Moody, Attorney General, and Joanne Diez, Assistant Attorney General, for appellee.

Before FERNANDEZ, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.